# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| **CURTIS ALAN ANDERSON** | Case Number:    CR 00-3049-2-MWB<br>USM Number:    08401-029<br>Michael Smart<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s) __1 a-c, 2 a-e, 3, 4 a-b__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 a-c | Failure to Abide by Curfew | January 30, 2011 |
| 2 a-e | Failure to Comply with Drug Testing | February 5, 2011 |
| 3 | Failure to Provide Truthful Information to the USPO | February 6, 2011 |
| 4 a-b | Use of Illegal Drugs | February 15, 2011 |

    The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 24, 2011
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

2/24/2011
Date

DEFENDANT: **CURTIS ALAN ANDERSON**
CASE NUMBER: **CR 00-3049-2-MWB**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **22 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ a_____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **CURTIS ALAN ANDERSON**
CASE NUMBER: **CR 00-3049-2-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No supervised release shall be reimposed.**